# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANCIS JAMES JOHNSON,
              Appellant,
vs.
THE STATE OF NEVADA,
              Respondent.

No. 77798

**FILED**

MAR 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a post-judgment order denying appellant's motion for sanctions. Eighth Judicial District Court, Clark County; James Crockett, Judge.

This court's review of the notice of appeal and documents before this court reveals a jurisdictional defect. No statute or court rule provides for an appeal from a post-judgment order denying a motion for sanctions. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____ *Pickering* , J.
      Pickering

_____ , J.
Parraguirre

_____ , J.
      Cadish

---

[1]Given this order, this court takes no action on the request for transcripts filed on March 4, 2019.

19-12838

cc: Hon. James Crockett, District Judge
Francis James Johnson
Attorney General/Las Vegas
Eighth District Court Clerk